# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re   West Harwich Holdings LLC                                              Case No.
                                            Debtor(s)                          Chapter   11

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

I [We]   Taylor Perkins   , **hereby declare(s) under penalty of perjury** that all of the information contained in my _____ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:   June 26, 2024

Signed:   _____
          Taylor Perkins
          (Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:   June 26, 2024

Signed:   _____
          Peter M. Daigle
          Daigle Law Office
          1550 Falmouth Road
          Suite 10
          Centerville, MA 02632
          (508) 771-7444
          pmdaigleesq@yahoo.com
          Attorney for Affiant

# United States Bankruptcy Court
### District of Massachusetts

In re: West Harwich Holdings LLC

Debtor(s)

Case No.
Chapter 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Taylor Perkins, declare under penalty of perjury that I am the Managing Partner of West Harwich Holdings LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 27th day of June 20 24

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Taylor Perkins, Managing Partner of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Taylor Perkins, Managing Partner of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Taylor Perkins, Managing Partner of this Corporation is authorized and directed to employ Peter M. Daigle, attorney and the law firm of Daigle Law Office to represent the corporation in such bankruptcy case."

Date: June 26, 2024

Signed: Taylor Perkins